# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128783

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

YONAS ANDEBERHAN TEKESTE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128783
COA: 260354
Kent CC: 02-007660-FH

On order of the Court, the application for leave to appeal the April 1, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

t1024